AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
MAR 2 2008

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

Honorio Salazar

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR862-L

I, Honorio Salazar, the above named defendant, who is accused of

False Statement 18 USC 1001 To A Federal officer

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/25/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Salazar Honorio_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd